UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRENTICE RAY THOMAS,<br><br>        Plaintiff,<br><br>   v.<br><br>PAUL HAROS, et al.,<br><br>        Defendants. | 1:23-cv-00452-SKO- (PC)<br><br>**ORDER TO SUBMIT APPLICATION TO PROCEED** *IN FORMA PAUPERIS* **OR PAY FILING FEE WITHIN 45 DAYS** |

    Plaintiff is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $402.00 filing fee or submitted a properly completed application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

    Accordingly, **IT IS HEREBY ORDERED** that:

    Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, **completed and signed**, or in the alternative, pay the $402.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **March 27, 2023**                          /s/ *Sheila K. Oberto*        
                                                                    UNITED STATES MAGISTRATE JUDGE