**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PRENTICE RAY THOMAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PAUL HAROS, et al.,<br><br>　　　　Defendants. | Case No.: 1:23-cv-00452-KES-SKO (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS THIS ACTION FOR PLAINTIFF'S FAILURE TO OBEY COURT ORDERS AND FAILURE TO PROSECUTE<br><br>Doc. 15 |

　　　Plaintiff Prentice Ray Thomas is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On November 9, 2023, the assigned magistrate judge issued findings and recommendations, recommending that this action be dismissed for Plaintiff's failure to obey court orders and failure to prosecute.  Doc. 15.  The findings and recommendations were served on Plaintiff and provided him fourteen (14) days to file objections thereto.  *Id.* at 4.  More than fourteen days have elapsed, and no objections have been filed.

　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The findings and recommendations issued on November 9, 2023 (Doc. 15) are ADOPTED in FULL;
2. This action is DISMISSED without prejudice for Plaintiff's failure to obey court orders and failure to prosecute; and
3. The Clerk of the Court is directed to terminate all pending motions and to CLOSE this case.

IT IS SO ORDERED.

Dated: April 12, 2024

UNITED STATES DISTRICT JUDGE